UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1025 (ADM/JGL)

NICOL SALAS,

Petitioner,

v.

SHERYL RAMSTAD HVASS,

Respondent.

ORDER

The above-entitled matter came before the Court upon the motion of the Respondent for an extension of time to file a response.

Based upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Respondent's Motion for Extension of Time to File Response (no Doc. No.) is **GRANTED.** Respondent shall file a response to petitioner's application on or before August 14, 2001.

Dated: July 25, 2001.

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed JUL 26 2001
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________