**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

NICO SALAS
f/k/a MICHAEL ROZALES,

Petitioner-Appellant,

v.

SHERYL RAMSTAD HVASS,
Commissioner of Corrections,

Respondent-Appellee.

---

Civil No. 01-1025 (ADM/JGL)

**SUPPLEMENTAL ORDER**

This matter is before the Court on the Court's own motion, for the purpose of clarifying an order entered on April 15, 2002, (Docket No. 20), which granted Petitioner a Certificate of Appealability, ("COA"). It now appears to the Court that the earlier order did not adequately describe the specific issues for which the COA was granted, (see 28 U.S.C. § 2253(c)(3); Tiedeman v. Benson, 122 F.3d 518, 522 (8th Cir. 1997), and that a supplemental order should be entered to clarify the COA issues.

The two interrelated issues in this case for which a COA is granted are described as follows:

*(1) Was Petitioner denied due process because his sentence was based on facts -- other than his prior criminal convictions -- that were not determined by a jury applying the "beyond a reasonable doubt" standard?*

*(2) Is Petitioner's due process claim viable even though his sentence did not exceed the statutory maximum for his offense?*

MAY 10 2002
FILED __________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD __________
DEPUTY CLERK __________

Based upon the foregoing, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Petitioner is granted a Certificate of Appealability for the two issues described herein.

Dated: May 10, 2002

ANN D. MONTGOMERY
United States District Court Judge